# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ELVIN TURNER,
    Appellant,
    vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
    Respondent.

No. 78520

FILED

NOV 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing appellant's complaint. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

On September 25, 2019, this court entered an order granting appellant's motion for an extension of time to file the opening brief, and directing him to file the brief on or before October 18, 2019. That order was returned to this court, with the indication that appellant is no longer incarcerated at High Desert State Prison.

To date, appellant has failed to file the opening brief, and has failed to notify this court of his change of address. Accordingly, this court concludes that appellant has abandoned this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-46942

cc:    Hon. Steve L. Dobrescu, District Judge
        John Elvin Turner
        Attorney General/Carson City
        White Pine County Clerk